| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **SmithFly Designs LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF OHIO** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Abbey Credit Union, Inc.** 800 Falls Creek Dr. Vandalia, OH 45377 | | | | | | $52,760.00 |
| **Anchor Finanicial Services** 955 Commerce Drive, Suite A Perrysburg, OH 43551 | | **Creditor Claims a security interest in all assets.** | | $135,000.00 | $14,300.00 | $120,700.00 |
| **Arcbest Corporation** PO Box 10048 Fort Smith, AR 72917 | | | | | | $9,000.00 |
| **DeWayne Smith** 183 S. Dorset Troy, OH 45373 | | **Covertable Note** | | | | $18,322.00 |
| **Dick Stieneman** 25 N. Mullberry Troy, OH 45373 | | **Convertable Note** | | | | $18,000.00 |
| **Kabbage** 730 Peachtree St. NE # 1100 Atlanta, GA 30308 | | | | | | $28,191.00 |
| **Ohio Department of Taxation** Attn: Bankruptcy Division PO Box 530 Columbus, OH 43216-0530 | | **14 Tax Liens for Sales Tax Reports will be filed and tax liability is expected to be less then claimed amounts.** | **Disputed** | | | $20,000.00 |
| **On Deck Cepital Inc.** 1400 Broadway 25th Floor New York, NY 10018 | | **Credit Card Processing** | | | | $148,847.68 |

| Debtor | **SmithFly Designs LLC** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **PayPal Credit**<br>**PO Box 71202**<br>**Charlotte, NC**<br>**28272-1202** | | | | | | $22,317.57 |
| **Ruth Anne Smith**<br>**116 Mt. Vernon Ct.**<br>**Locust Grove, VA**<br>**22508** | | **Convertable Note** | | | | $75,000.00 |
| **Square Capital**<br>**1455 Market St.,**<br>**Suite 600**<br>**San Francisco, CA**<br>**94103** | | | | | | $4,401.74 |
| **US Bank**<br>**PO Box 5229**<br>**Cincinnati, OH**<br>**45201** | | | | | | $15,695.15 |
| **US Bank**<br>**PO Box 64991**<br>**Saint Paul, MN**<br>**55164** | | | | | | $11,725.32 |
| **US Bank**<br>**PO Box 64991**<br>**Saint Paul, MN**<br>**55164** | | **PPP Loan** | | | | $28,258.31 |