**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | | |
|---|---|---|---|
| IN RE: | * | CASE NO: 21-30521 | |
| | * | (Chapter 11) | |
| SMITHFLY DESIGNS, LLC | * | | |
| | * | (Judge Guy R. Humphrey) | |
| Debtor/Debtor-in-Possession. | * | | |

### NOTICE OF APPLICATION FOR AUTHORITY TO EMPLOY IRA H. THOMSEN AS CASE ATTORNEY AND THE LAW OFFICES OF IRA H. THOMSEN AS COUNSEL FOR DEBTOR IN POSSESSION

SmithFly Designs, LLC as Debtor and Debtor in Possession ("Debtor"), has filed an Application for Authority to Employ Ira H. Thomsen as Case Attorney and the Law Offices of Ira H. Thomsen as counsel for the Debtor, a copy of which is attached hereto.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the Application, then on or before **twenty-one (21) days from the date set forth in the Certificate of Service for the** Application, you must file with the Court a response explaining your position by mailing your response by regular U.S. Mail to:

**U.S. Bankruptcy Court, 120 West Third Street, Dayton, OH 45402**

OR your attorney must file a response using the Court's ECF system.

If you mail your request and response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

You must also send a copy of your response either by 1) the Court's ECF system or 2) regular U.S. Mail to:

**Law Offices of Ira H. Thomsen, Attorney for Debtor, 140 North Main Street, P.O. Box 639, Springboro, OH 45066**

**Office of the U.S. Trustee, 170 North High Street, Columbus, OH Suite 200, 43215**

**Matthew T. Schaeffer, Subchapter V Trustee, Bailey Cavalieri, LLC, 10 W. Broad Street, Suite 2100, Columbus, Ohio 43215-3455**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief without further hearing or notice.

1

| | |
|---|---|
| Date of Service:  June 8, 2021 | /s/ Ira H. Thomsen<br>Ira H. Thomsen (0023965)<br>Denis E. Blasius (0082617)<br>Darlene E. Fierle (0081217)<br>140 North Main Street, Suite A<br>P.O. Box 639<br>Springboro, Ohio  45066<br>937-748-5001<br>937-748-5003 (Fax)<br>ithomsen@ihtlaw.com<br><br>*Law Offices of Ira H. Thomsen*<br>*Proposed Case Attorney and Counsel for Debtor/Debtor-in-Possession* |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| IN RE: | * | CASE NO: 21-30521 |
| | * | (Chapter 11) |
| SMITHFLY DESIGNS, LLC | * | |
| | * | (Judge Guy R. Humphrey) |
| Debtor/Debtor-in-Possession. | * | |

**APPLICATION OF DEBTOR-IN-POSSESSION**
**TO EMPLOY BANKRUPTCY COUNSEL**

SmithFly Designs, LLC, the Debtor and Debtor-in-Possession ("Debtor"), makes this Application for Authority to Employ Ira H. Thomsen and the Law Offices of Ira H. Thomsen (Ira H. Thomsen, Denis E. Blasius, and Darlene E. Fierle, hereinafter referred to collectively as "Counsel") as its bankruptcy counsel for the reasons and upon the terms described below:

1. Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code ("Code") on March 31, 2021.

2. Debtor, as Debtor-in-Possession, wishes to employ Counsel whose offices are located at 140 North Main Street, Suite A, Springboro, Ohio 45066, attorneys duly qualified by the State of Ohio and admitted to practice in the United States District Court for the Southern District of Ohio, as attorneys for the Debtor-in-Possession, and wishes to designate Ira H. Thomsen as case attorney for the Debtor.

3. Debtor proposes to employ Counsel to assist Debtor in carrying out its duties as Debtor and Debtor-in-Possession under the Code. Counsel has experience in handling reorganizations under Chapter 11 of the Code and in the Southern District of Ohio.

4. The professional services that Counsel are to render include, but are not limited to, the following:

 4.1 To give Debtor legal advice with respect to its powers and duties as Debtor-in-Possession in the continued operation of its businesses and management of its properties;

 4.2 To represent Debtor, as Debtor-in-Possession, in connection with any adversary proceedings which are instituted within this case;

 4.3 To prepare on behalf of Debtor, as Debtor-in-Possession, necessary amendments or additions to schedules, Petition, applications, motions, answers, orders, reports, objections, disclosure statement and plan of reorganization and other legal documentation in connection with this case;

 4.4 Advise the Debtor with respect to, and assist in the negotiation and documentation of, cash collateral orders and related transactions;

 4.5 Review the nature and validity of any liens asserted against property of the Debtor and advise the Debtor concerning the enforceability of such liens;

 4.6 Advise the Debtor regarding its ability to initiate actions to collect and recover property for the benefit of its estate;

 4.7 Counsel the Debtor in connection with the formulation, negotiation and promulgation of a plan of reorganization and related documents;

 4.8 Advise and assist the Debtor in connection with any potential property disposition;

 4.9 Advise the Debtor concerning executory contracts and unexpired lease assumptions, assignments, rejections, lease restructuring and recharacterization;

   4.10 Assist the Debtor in reviewing, estimating and resolving claims asserted by or against the Debtor's estate;

   4.11 Commence and conduct any and all litigation necessary and appropriate to assert rights held by the Debtor, protect assets of the Debtor's estate, or otherwise further the goal of completing the successful reorganization of the Debtor;

   4.12 Provide general corporate, litigation and other legal services for the Debtor as requested by the Debtor; and

   4.13 Perform all other necessary and appropriate legal services in connection with this Chapter 11 case for and on behalf of the Debtor.

  5. Debtor desires to employ Counsel under a retainer/hourly basis, because of the extensive legal services required. The customary and proposed hourly rates for Counsel are as follows.

    Ira H. Thomsen    $375.00 per hour
    Denis E. Blasius    $275.00 per hour
    Darlene E. Fierle    $250.00 per hour

  6. To the best of Debtor's knowledge, information and belief, Counsel is disinterested as that term is defined in the U.S. Bankruptcy Code in that they are not a creditor, equity security holder or insider of the Debtor, are not and have not been an investment banker for any outstanding security of Debtor, or attorneys for such an investment banker in connection with the sale or other issuance of a security of the Debtor, are not a director, officer or employee of Debtor or of an investment banker of any outstanding security of Debtor, and do not hold nor represent any interests adverse to the interests of Debtor, its estate, or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, in connection with, or

interest in the Debtor or any investment banker for any outstanding security of Debtor. To the best of Debtor's knowledge, information and belief, Counsel, other than as disclosed herein, does not have any past or present relationship with Debtor, any creditors, any equity security holders, or any other party in interest, or their attorneys or accountants or have an interest adverse to Debtor as Debtor-in-Possession, or the estate in matters upon which counsel is engaged for Debtor, as Debtor-in-Possession.

To the best knowledge of the Debtor, the employment of Counsel would be to the best interests of this estate. Furthermore, to the best knowledge of the Debtor, Counsel has had no and has no connection with and is not a relative of any U.S. Bankruptcy Judge, the United States Trustee, or any employee of the Office of the United States Trustee.

7. Prior to filing this Application, the Law Office of Ira H. Thomsen was provided with a $10,000.00 retainer for services rendered or to be rendered and for reimbursement of expenses in regard to this Chapter 11 proceeding.

8. Under the particular facts and circumstances of this case, Debtor further submits that it is appropriate for Counsel, at Counsel's option, to provide on a monthly basis to the Debtor, United States Trustee, Subchapter V Trustee, and all other parties that the Court may require, an itemized statement for all fees and expenses incurred, and that each party served with the monthly statement may object to such request and may request a hearing by the Court which shall, unless otherwise ordered, be heard at such time the Court may schedule.

a. If no objection is timely filed to the monthly statement, Counsel shall be paid, without prior Court approval, on a monthly basis, twenty-one (21) days after service of his monthly statement, by drawing from Ira H. Thomsen's Trust Account, and applying eighty-five percent (85%) of the amount of his fee and one hundred percent (100%) of the amount of his

expenses; the remaining fifteen (15%) of Counsel's fees shall be held back pending approval of fee applications to be subsequently filed. Counsel is otherwise authorized to file an application for interim compensation as provided in the Bankruptcy Code.

      b. In the event that an objection is filed to the monthly statement within twenty-one (21) days of the date of service of the monthly statement, no payment shall be made until the Court has ruled on the objection.

9. Debtor believes that Counsel are considered "disinterested person(s)" as defined in Section 101(14) of the Code as required by Section 327(a) of the Code. Debtor submits that its employment of Counsel would be in the best interest of Debtor, its affiliates and its respective estates and creditors.

10. In support of this Application, Debtor submits the Affidavits of Ira H. Thomsen, Denis E. Blasius, and Darlene E. Fierle.

11. No prior request for the relief sought in this Application has been made to this or any other Court.

12. Notice of this Application has been given pursuant to Bankruptcy Rule 2014.

WHEREFORE, Debtor prays that he be authorized to employ and appoint Counsel under a retainer/hourly basis as set forth in this Motion, to represent it as Debtor-in-Possession in this proceeding under Chapter 11 of the Code and that it has such other and further relief as is deemed just.

                                  **SMITHFLY DESIGNS, LLC**

                                  By:   /s/ Ethan Smith_____
                                          Ethan Smith, Sole Member

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Application of Debtor-in-Possession to Employ Bankruptcy Counsel was served this 8th day of June, 2021, on all registered ECF participants, electronically through the Court's ECF System at the e-mail addresses registered with the Court as follows:

Asst US Trustee (Day)
USTPRegion09.CB.ECF@usdoj.gov

Jeremy Shane Flannery, Esq.
Jeremy.S.Flannery@usdoj.gov

Stephen D. Miles, Esq.
mmiles@mileslaw.com

Matthew T. Schaeffer, Esq.
Subchapter V Trustee
mschaeffer@baileycav.com

and by First Class Mail, addressed to:

Attached Creditor Matrix

/s/ Ira H. Thomsen
Ira H. Thomsen
*Proposed Case Attorney for*
*Debtor/Debtor-in-Possession*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| IN RE: | * | CASE NO: 21-30521 |
| | * | (Chapter 11) |
| SMITHFLY DESIGNS, LLC | * | |
| | * | (Judge Guy R. Humphrey) |
| Debtor/Debtor-in-Possession. | * | |

**AFFIDAVIT OF IRA H. THOMSEN IN SUPPORT
OF APPLICATION OF DEBTOR-IN-POSSESSION
TO EMPLOY BANKRUPTCY COUNSEL**

STATE OF FLORIDA
COUNTY OF CHARLOTTE, SS:

Ira H. Thomsen, being first duly sworn and cautioned, states that he has personal knowledge of the following:

1. I am an attorney licensed to practice in the State of Ohio and the Southern District of Ohio.

2. My office is located at 140 North Main Street, Suite A, Springboro, Ohio 45066, (937) 748-5001.

3. To the best of my knowledge, I and the law firm in which I am employed (collectively, "I") do not have any past or current connection with the Debtor, its creditors, any other party in interest, their respective attorneys and accountants, other than as disclosed in the Application. Furthermore, I do not have any connection with the United States Trustee, any person employed in the Office of the United States Trustee, or any creditor of the Debtor.

4. There are no amounts due me or the Law Offices of Ira H. Thomsen from the Debtor for pre-petition services.

5. To the best of my knowledge and belief, I do not hold or represent any interest adverse to Debtor, as Debtor-in-Possession, or the estate, in matters upon which I am engaged for Debtor.

6. To the best of my knowledge and belief, I am disinterested as that term is defined in the U.S. Bankruptcy Code in that I am not a creditor, equity security holder, or insider of the Debtor, I am not and have not been an investment banker for any outstanding security of the Debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of a security of the Debtor, I am not a director, officer or employee of the Debtor, or of an investment banker for any outstanding security of the Debtor, and do not hold nor represent any interests adverse to the interests of Debtor, its estate, or any class of creditors or equity security holders.

7. Prior to the filing of the Application to Employ, I was provided with a retainer of $10,000.00 for services rendered or to be rendered and for reimbursement of expenses (the "Retainer"). The Retainer has been and will be applied on account of legal fees and expenses incurred and to be incurred in representing the Debtor in contemplation of, and in connection with, this Chapter 11 case.

8. I am a disinterested person within the meaning of 11 *U.S.C.* §327(a).

9. I am not a relative of Debtor and have not been connected with the bankruptcy judge approving this employment or the United States Trustee that would render my employment as Debtor's counsel improper under *Fed.R.Bankr.P.* 5002.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Ira H. Thomsen

    Sworn to and subscribed in my presence by the said Ira H. Thomsen on this \_\_3rd\_\_ day of June, 2021.

_____
Notary Public

[Notary seal: VANESSA DIAZ-HEMMERICK, Notary Public, State of Florida, Commission No. GG264940, Commission Expires 10/03/2022]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| IN RE: | * | CASE NO: 21-30521 |
| | * | (Chapter 11) |
| SMITHFLY DESIGNS, LLC | * | |
| | * | (Judge Guy R. Humphrey) |
| Debtor/Debtor-in-Possession. | * | |

**AFFIDAVIT OF DENIS E. BLASIUS IN SUPPORT
OF APPLICATION OF DEBTOR-IN-POSSESSION
TO EMPLOY BANKRUPTCY COUNSEL**

STATE OF OHIO
COUNTY OF WARREN, SS:

Denis E. Blasius, being first duly sworn and cautioned, states that he has personal knowledge of the following:

1. I am an attorney licensed to practice in the State of Ohio and the Southern District of Ohio.

2. I am employed by the Law Office of Ira H. Thomsen. My office is located at 140 North Main Street, Suite A, Springboro, Ohio 45066, (937) 748-5001.

3. To the best of my knowledge, I and the law firm in which I am employed (collectively, "I") do not have any past or current connection with the Debtor, its creditors, any other party in interest, their respective attorneys and accountants. Furthermore I do not have any connection with the United States Trustee, any person employed in the Office of the United States Trustee, or any creditor of the Debtor.

4. To the best of my knowledge and belief, I do not hold or represent any interest adverse to Debtor, as Debtor-in-Possession, or the estate, in matters upon which I am engaged for Debtor.

5. To the best of my knowledge and belief, I am disinterested as that term is defined in the U.S. Bankruptcy Code in that I am not a creditor, equity security holder, or insider of the Debtor, I am not and have not been an investment banker for any outstanding security of the Debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of a security of the Debtor, I am not a director, officer or employee of the Debtor, or of an investment banker for any outstanding security of the Debtor, and do not hold nor represent any interests adverse to the interests of Debtor, its estate, or any class of creditors or equity security holders.

6. I am a disinterested person within the meaning of 11 *U.S.C.* §327(a).

7. I am not a relative of Debtor and have not been connected with the bankruptcy judge approving this employment or the United States Trustee that would render my employment as Debtor's counsel improper under *Fed.R.Bankr.P.* 5002.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Denis E. Blasius

Sworn to and subscribed in my presence by the said Denis E. Blasius on this 3rd day of June, 2021.

_____
Notary Public

DARLENE C. KEENER, Attorney at Law
Notary Public, State of Ohio
My Commission has no expiration date.
Section 147.03 O. R. C.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| IN RE: | * | CASE NO: 21-30521 |
| | * | (Chapter 11) |
| SMITHFLY DESIGNS, LLC | * | |
| | * | (Judge Guy R. Humphrey) |
| Debtor/Debtor-in-Possession. | * | |

**AFFIDAVIT OF DARLENE E. FIERLE IN SUPPORT
OF APPLICATION OF DEBTOR-IN-POSSESSION
TO EMPLOY BANKRUPTCY COUNSEL**

STATE OF OHIO
COUNTY OF WARREN, SS:

Darlene E. Fierle, being first duly sworn and cautioned, states that she has personal knowledge of the following:

1. I am an attorney licensed to practice in the State of Ohio and the Southern District of Ohio.

2. I am employed by the Law Office of Ira H. Thomsen. My office is located at 140 North Main Street, Suite A, Springboro, Ohio 45066, (937) 748-5001.

3. To the best of my knowledge, I and the law firm in which I am employed (collectively, "I") do not have any past or current connection with the Debtor, its creditors, any other party in interest, their respective attorneys and accountants. Furthermore I do not have any connection with the United States Trustee, any person employed in the Office of the United States Trustee, or any creditor of the Debtor.

14

4.     To the best of my knowledge and belief, I do not hold or represent any interest adverse to Debtor, as Debtor-in-Possession, or the estate, in matters upon which I am engaged for Debtor.

5.     To the best of my knowledge and belief, I am disinterested as that term is defined in the U.S. Bankruptcy Code in that I am not a creditor, equity security holder, or insider of the Debtor, I am not and have not been an investment banker for any outstanding security of the Debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of a security of the Debtor, I am not a director, officer or employee of the Debtor, or of an investment banker for any outstanding security of the Debtor, and do not hold nor represent any interests adverse to the interests of Debtor, its estate, or any class of creditors or equity security holders.

6.     I am a disinterested person within the meaning of 11 *U.S.C.* §327(a).

7.     I am not a relative of Debtor and have not been connected with the bankruptcy judge approving this employment or the United States Trustee that would render my employment as Debtor's counsel improper under *Fed.R.Bankr.P.* 5002.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Darlene E. Fierle

Sworn to and subscribed in my presence by the said Darlene E. Fierle on this 3rd day of June, 2021.

S L MANNING, Notary Public
In and for the State of Ohio
My Commission Expires 7-8-21

_____
Notary Public

15

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-3<br>Case 3:21-bk-30521<br>Southern District of Ohio<br>Dayton<br>Wed Jun  2 13:37:53 EDT 2021 | Abbey Credit Union, Inc<br>800 Falls Creek Drive<br>Vandalia, OH 45377-8600 | Anchor Financial Services<br>955 Commerce Drive, Suite A<br>Perrysburg, OH 43551-5262 |
| Anchor Finanicial Services<br>955 Commerce Drive, Suite A<br>Perrysburg, OH 43551-5262 | Arcbest Corporation<br>PO Box 10048<br>Fort Smith, AR 72917-0048 | Asst US Trustee (Day)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 |
| DeWayne Smith<br>183 S. Dorset<br>Troy, OH 45373-2607 | Dick Stieneman<br>25 N. Mullberry<br>Troy, OH 45373-3424 | Ernest V. Thomas III<br>2323 Park Ave<br>Cincinnati, OH 45206-2711 |
| Ethan Smith<br>1230 Kerr Rd.<br>Troy, OH 45373-9396 | FOS Investments<br>124 N. Main St.<br>Piqua, OH 45356-2312 | Jeremy Shane Flannery<br>Office of the United States Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 |
| Kabbage<br>730 Peachtree St. NE # 1100<br>Atlanta, GA 30308-1263 | David L Mikel<br>111 S. Plum<br>Troy, OH 45373-3338 | Stephen D Miles<br>18 West Monument Avenue<br>Dayton, OH 45402-1202 |
| Ohio Atorney General<br>Attn: Bankruptcy Unit<br>150 East Gay Street, 21st Floor<br>Columbus, OH 43215-3191 | Ohio Department of Taxation<br>PO Box 530<br>Columbus, OH 43216-0530 | Ohio Department of Taxation<br>Attn: Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43216-0530 |
| Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216-0530 | On Deck Cepital Inc.<br>1400 Broadway 25th Floor<br>New York, NY 10018-5225 | PayPal Credit<br>PO Box 71202<br>Charlotte, NC 28272-1202 |
| Ruth Anne Smith<br>116 Mt. Vernon Ct.<br>Locust Grove, VA 22508-5227 | Matthew T. Schaeffer<br>Bailey Cavalieri LLC<br>10 W. Broad St., Suite 2100<br>Columbus, OH 43215-3455 | SmithFly Designs LLC<br>1230 Kerr Rd<br>Troy, OH 45373-9396 |
| Square Capital<br>1455 Market St., Suite 600<br>San Francisco, CA 94103-1332 | Square Financial Services fka Square Capital<br>c/o RMS<br>PO Box 19253<br>Minneapolis, MN 55419-0253 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| West Central Development Corporation<br>C/O Stephen G. Berardino<br>100 East Broad St., Suite 2350<br>Columbus, OH 43215-3642 | Zwicker & Associates PC<br>80 Minuteman Rd.<br>Andover, MA 01810-1008 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 | (d)U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 5229<br>Cincinnati, Ohio 45201-5229 | (d)US Bank<br>PO Box 64991<br>Saint Paul, MN 55164 |
| (d)US Bank<br>PO Box 5229<br>Cincinnati, OH 45201 | (d)US Bank<br>PO Box 64991<br>Saint Paul, MN 55164 | (d)US Bank<br>PO Box790408<br>Saint Louis, MO 63179 |
| (d)US Bank, NA<br>PO Box 5229<br>Cincinnati, OH 45201 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Abbey Credit Union, Inc.<br>800 Falls Creek Dr.<br>Vandalia, OH 45377-8600 | (d)Arcbest Corporation<br>PO Box 10048<br>Fort Smith, AR 72917-0048 | (d)DeWayne Smith<br>183 S. Dorset<br>Troy, OH 45373-2607 |
| (d)Dick Stieneman<br>25 N. Mullberry<br>Troy, OH 45373-3424 | (d)Kabbage<br>730 Peachtree St. NE # 1100<br>Atlanta, GA 30308-1263 | (d)On Deck Cepital Inc.<br>1400 Broadway 25th Floor<br>New York, NY 10018-5225 |
| (d)PayPal Credit<br>PO Box 71202<br>Charlotte, NC 28272-1202 | (d)Ruth Anne Smith<br>116 Mt. Vernon Ct.<br>Locust Grove, VA 22508-5227 | (d)Square Capital<br>1455 Market St., Suite 600<br>San Francisco, CA 94103-1332 |

End of Label Matrix
Mailable recipients    28
Bypassed recipients     9
Total                  37